UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GASKINS E THOMAS, JR.,

               Plaintiff,

    v.

STATE OF WASHINGTON,

               Defendant.

CASE NO. C17-617-BAT

**ORDER REGARDING
SCHEDULING CONFERENCE AND
CONSENT TO PROCEED BEFORE
A MAGISTRATE JUDGE**

      This case has been assigned to United States Magistrate Judge Brian A. Tsuchida on a pre-consent basis. *See* 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Magistrate Judge Rule 13. Pursuant to Local Civil Rule 16(m)(4), the Court sets a scheduling conference for: **June 2, 2017**, at **10:30 am** in **Courtroom 12A**. Counsel responsible for trying this case and any pro se litigants must attend the conference and should be prepared to discuss the matters listed in Fed. R. Civ. P. 16(c)(2) and 26(f), and LCR 26(f), 39.1, and 39.2. *See* LCR 16(a)(1).

      If the above date presents a conflict, the parties should contact Deputy Clerk Agalelei Elkington at 206-370-8421 or agalelei_elkington@wawd.uscourts.gov by **May 10, 2017** to reschedule the conference. Counsel located outside the greater metropolitan Seattle area may

1    arrange to participate telephonically by contacting Ms. Elkington no later than **May 23, 2017**.  A

2    Joint Status Report or Rule 26(f) Report need not be filed prior to the scheduling conference.

3          Consent to a magistrate judge is voluntary.  If the parties consent, Magistrate Judge

4    Tsuchida will conduct all proceedings in this case, including trial and entry of final judgment,

5    with direct review by the Ninth Circuit Court of Appeals.  Any party may decline consent by

6    notifying Ms. Elkington by telephone or email as noted above, or by fax to 206-370-8425 or mail

7    to U.S. District Court, 700 Stewart Street, Suite 2300, Seattle, WA 98101.  If a party declines

8    consent, the identity of the parties consenting or declining consent will not be communicated to

9    any judge, and the clerk will immediately reassign the case to a district judge by random

10   selection and will strike the above-noted scheduling conference.

11         DATED this 8th day of May, 2017.

12

13   _____

14   BRIAN A. TSUCHIDA
     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

ORDER REGARDING SCHEDULING
CONFERENCE AND CONSENT TO
PROCEED BEFORE A MAGISTRATE
JUDGE - 2