UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GASKINS E. THOMAS, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Defendant. | CASE NO. C17-617-BAT <br><br> **ORDER RE REQUESTING RELIEF FROM THE COURT** |

Plaintiff Gaskins E. Thomas, proceeding *pro se*, has filed a CD accompanied by a Notice of Filing Paper or Physical Materials with the Clerk. Dkt. 12. The Court reminds plaintiff that any request made to the Court to obtain a ruling or order must be presented in the form of a motion. The motion must explain what the movant wants the Court to do and why the Court should do it. The opposing party is then afforded an opportunity to respond to the motion, and the movant may submit a reply to defendant's response.

Any motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar. All briefs and affidavits in opposition to or in support of any motion shall be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

ORDER RE REQUESTING - 1

1 **Plaintiff is cautioned that no action will be taken on any filing in the absence of a
2 motion requesting specific relief**.

3     DATED this 29th day of June, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

RELIEF FROM THE COURT - 2