UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GASKINS E. THOMAS, JR.,<br><br>                  Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>                  Defendant. | CASE NO. C17-617-BAT<br><br>**ORDER REGARDING MOTIONS TO RETAIN COUNSEL AND TO HAVE COMPLAINT "ABERRATED"** |

Plaintiff Gaskins E. Thomas, proceeding *pro se*, has filed motions to permit retained counsel to file discovery motions (Dkt. 15) and to have the amended complaint "aberrated" (Dkt. 16). The Court requires further information before it can consider these motions.

As to the motion to permit retained counsel to file discovery motions, Plaintiff shall advise the Court if he has in fact, retained counsel to represent him and if so, whether counsel has been retained for the limited purpose of assisting Plaintiff with discovery or for the entire case. If counsel has been retained, counsel is required to file a notice of appearance in this case before counsel can act on Plaintiff's behalf. If no counsel appears, Plaintiff remains pro se and will need to file his own motions.

As to the motion to "aberate" the amended complaint, Plaintiff must clarify what he means by "aberate." The amended complaint was stricken by the Court after Plaintiff stated

during court proceedings held on June 2, 2017 that he wanted to withdraw the amended complaint and proceed on his original complaint. Dkts. 9 and 10.

Accordingly, it is **ORDERED:**

(1) Plaintiff shall provide the Court with the information described above **by October 23, 2017**. **The Court will take no action on Plaintiff's pending motions (Dkts. 15 and 16) until Plaintiff has provided the requested information.**

(2) The Clerk shall send a copy of this Order to the parties.

DATED this 13th day of October, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge